# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gorton, Nathaniel M. | 2. Court or Organization<br><br>District Court - Massachusetts | 3. Date of Report<br><br>05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>United States District Court<br>1 Courthouse Way, Suite 3110<br>Boston, MA 02210 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Stockholder, Clerk/Secretary and Director | Slade Gorton Seafood Holdings, Inc., Boston, MA (closely held family seafood business) a MA corporation |
| 2. Power of Attorney/Trustee (See NOTE in Part VIII) | Fidelity money market accounts (for all stckhds of Slade Gorton Seafood Holdings, Inc.) all of whom are relatives of the reporting party |
| 3. Trustee (See NOTE in Part VIII) | Irrevocable Trust (created in connection with the estate plan of reporting party's sister) |
| 4. Trustee (See NOTE in Part VIII) | 1989 Irrevocable Trust and Irrevocable Sub S Trust (both created in connection with the estate plan of reporting party's brother) |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] **NONE** *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 09/26/2018 | Slade Gorton Holdings, Inc. (closely held family seafood business) corporate clerk/secretary, director, custodian, trustee and accounting duties | $30,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] **NONE** *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] **NONE** *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Association | 03/22/2018 | New York City | Attend annual NYIPLA dinner at Hilton Hotel | reimbursement for lodging and travel by train w/spouse from Boston to NYC |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Slade Gorton Seafood Holdings, Inc. (a MA corporation)(common stock) | E | Dividend | P1 | Q | | | | | See Section VIII |
| 2. Fidelity Cash Reserves (individual) | A | Int./Div. | J | T | | | | | |
| 3. Charitable Remainder Trust | | | | | | | | | See Section VIII |
| 4. Schwab Government Money market Sweep | | None | K | T | | | | | See Section VIII |
| 5. - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 6. - Jack Henry & Associates | A | Dividend | J | T | | | | | |
| 7. - CVS Caremark Corp (bond) | A | Interest | | | Matured | 12/05/18 | J | | |
| 8. - Automatic Data Processing Inc | A | Dividend | | | Sold | 10/24/18 | K | E | |
| 9. - Ryder Systems Inc (bond) | A | Interest | J | T | | | | | |
| 10. - Medtronic Inc.(bond) | A | Interest | | | Matured | 04/27/18 | J | | |
| 11. - Comcast Corp | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 12. - Microsoft Corp | A | Dividend | J | T | | | | | |
| 13. - Nike Inc | A | Dividend | | | Sold | 09/04/18 | J | D | |
| 14. - UnitedHealth Group Inc | A | Dividend | J | T | | | | | |
| 15. - Procter & Gamble Co | A | Dividend | | | Sold | 07/19/18 | J | C | |
| 16. - Costco Wholesale Corp | A | Dividend | K | T | | | | | |
| 17. - 3M Co | A | Dividend | | | Sold | 10/15/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 19. - Novo Nordisk AS ADR-B | A | Dividend | J | T | | | | | |
| 20. - Waters Corporation | | None | J | T | | | | | |
| 21. - Astrazeneca Group PLC ADR | A | Dividend | J | T | | | | | |
| 22. - Duke Energy (Bond) | A | Interest | J | T | | | | | |
| 23. - Bristol-Myers Squibbb Co. (Bond) | A | Interest | J | T | | | | | |
| 24. - Clorox Company CL (Bond) | A | Interest | J | T | | | | | |
| 25. - Oracle Corp. (Bond) | A | Interest | J | T | | | | | |
| 26. - Watsco Inc. | A | Dividend | J | T | | | | | |
| 27. - Air Prods & Chems Inc. | A | Dividend | J | T | | | | | |
| 28. - First Republic Bank/San Fran | A | Dividend | J | T | | | | | |
| 29. - Lockheed Martin Corp | A | Dividend | J | T | | | | | |
| 30. - Qualcomm Inc. | A | Dividend | J | T | | | | | |
| 31. - Sherwin Williams Co. | A | Dividend | J | T | | | | | |
| 32. - Apple Inc. | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 33. - Cogent Communications | A | Dividend | J | T | Buy | 07/19/18 | J | | |
| 34. - Constellation Software Inc Com | A | Dividend | J | T | Buy | 07/19/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Copart Inc. | | None | J | T | Buy | 10/24/18 | J | | |
| 36. - Crown Castle Reit | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 37. - Equinix Inc | A | Dividend | J | T | Buy | 07/19/18 | J | | |
| 38. - GTT Communications Inc | | None | J | T | Buy | 09/04/18 | J | | |
| 39. - Heico Corp New CL A | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 40. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 41. - Mastercard Inc - Class A | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 42. Boston Financial Management, Inc. IRA | | | | | | | | | See Section VIII |
| 43. Schwab Government Money Market Sweep | | None | M | T | | | | | See Section VIII |
| 44. - Copart Inc. | | None | L | T | Sold<br>(part) | 03/20/18 | L | E | |
| 45. - Jack Henry & Associates, Inc. | A | Dividend | K | T | Sold<br>(part) | 03/20/18 | J | D | |
| 46. - Praxair, Inc. (bond) | B | Interest | K | T | | | | | |
| 47. - Royal Bank of Canada (bond) | | None | | | Matured | 07/27/18 | K | | |
| 48. - CVS Caremark Corp (bond) | | None | | | Matured | 12/05/18 | K | | |
| 49. - Unilever Capital Corp (bond) | A | Interest | K | T | | | | | |
| 50. - Microsoft Corp | A | Dividend | L | T | | | | | |
| 51. - Comcast Corp | A | Dividend | | | Sold | 04/06/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - American Tower Corp - CL A | A | Dividend | | | Sold | 10/22/18 | K | E | |
| 53.  - IShares TR S&P Midcap 400 | A | Dividend | L | T | Sold (part) | 03/20/18 | J | C | |
| 54.  - IShares TR S&P Small Cap 600 | A | Dividend | L | T | Sold (part) | 03/20/18 | J | C | |
| 55.  - Nike Inc CL B | A | Dividend | | | Sold (part) | 03/20/18 | K | E | |
| 56. | | | | | Sold | 09/04/18 | L | F | |
| 57.  - Diageo PLC ADR | A | Dividend | K | T | | | | | |
| 58.  - Procter & Gamble Company | A | Dividend | | | Sold | 07/19/18 | J | D | |
| 59.  - Chevron Corp | B | Dividend | K | T | | | | | |
| 60.  - JP Morgan Chase & Co | B | Dividend | K | T | | | | | |
| 61.  - Johnson & Johnson | B | Dividend | L | T | | | | | |
| 62.  - Novo-Nordisk AS ADR-B | A | Dividend | K | T | | | | | |
| 63.  - United Health Group Inc | A | Dividend | K | T | | | | | |
| 64.  - 3M Co | A | Dividend | | | Sold | 10/15/18 | K | D | |
| 65.  - Air Prods & Chems Inc | B | Dividend | K | T | | | | | |
| 66. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 67.  - Matthews Asia Small Cos | A | Dividend | | | Sold | 10/16/18 | K | B | |
| 68.  - Merck & Co Inc. (bond) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - Autozone Inc. (bond) | A | Interest | K | T | | | | | |
| 70.   - Berkshire Hathaway Fin Corp (bond) | | None | | | Matured | 05/15/18 | K | | |
| 71.   - Apple Inc (bond) | B | Interest | K | T | | | | | |
| 72.   - NBC Universal Media LLC (bond) | B | Interest | K | T | | | | | |
| 73.   - Moodys Corp | A | Dividend | K | T | | | | | |
| 74.   - Waters Corporation | | None | K | T | | | | | |
| 75.   - CME Group Inc | A | Dividend | K | T | | | | | |
| 76.   - Astrazeneca Group PLC ADR | A | Dividend | K | T | | | | | |
| 77.   - Duke Energy Progress - 1st Mtg. (Bond) | B | Interest | K | T | | | | | |
| 78.   - Autozone Inc. (Bond) | A | Interest | K | T | | | | | |
| 79.   - United Parcel Service (Bond) | A | Interest | K | T | | | | | |
| 80.   - Precision Castparts Corp. (Bond) | A | Dividend | K | T | | | | | |
| 81.   - Ingredion Inc. | A | Dividend | | | Sold | 09/12/18 | J | | |
| 82.   - First Republic Bank/San Fran | A | Dividend | K | T | | | | | |
| 83.   - FNF Group | A | Dividend | | | Sold | 12/14/18 | J | | |
| 84.   - Lockheed Martin Corp | A | Dividend | J | T | | | | | |
| 85.   - Watsco Inc | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - AMDOCS Limited | A | Dividend | J | T | | | | | |
| 87. - GTT Communications Inc | | None | J | T | | | | | |
| 88. - Qualcomm Inc. | B | Dividend | K | T | | | | | |
| 89. - Sherwin Williams | A | Dividend | K | T | | | | | |
| 90. | | Dividend | | | Buy (add'l) | 11/13/18 | J | | |
| 91. - Luxottica Grp S P A ADR | A | Dividend | | | Sold | 11/19/18 | J | A | |
| 92. - Danone Sponsored ADR | A | Dividend | J | T | | | | | |
| 93. - Sun Life Finl Inc | A | Dividend | | | Sold | 05/31/18 | J | B | |
| 94. - ABB Ltd ADR | A | Dividend | | | Sold | 03/12/18 | J | | |
| 95. - Broadcom Ltd | A | Dividend | | | Sold | 08/09/18 | J | | |
| 96. - Constellation Software Inc Com | A | Dividend | K | T | | | | | |
| 97. | A | Dividend | | | Buy (add'l) | 05/29/18 | J | | |
| 98. - Novozymes A/S ADR | A | Dividend | J | T | | | | | |
| 99. - Cisco Systems (Bond) | A | Interest | K | T | Buy | 03/22/18 | K | | |
| 100. - Lilly Eli & Co. (Bond) | A | Interest | K | T | Buy | 05/11/18 | K | | |
| 101. - Lowe's Companies Inc CL (Bond) | | Interest | K | T | Buy | 03/22/18 | K | | |
| 102. - Novartis Capital Corp. (Bond) | | Interest | L | T | Buy | 03/28/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Aramark Com | A | Dividend | J | T | Buy | 12/10/18 | J | | |
| 104. - Cogent Communications | A | Dividend | K | T | Buy | 07/19/18 | J | | |
| 105. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 106. -Gilead Sciences | A | Dividend | J | T | Buy | 09/12/18 | J | | |
| 107. - Expeditors International of Washington, Inc. | A | Dividend | J | T | Buy | 09/04/18 | J | | |
| 108. - Heico Corp New Cl A | A | Dividend | J | T | Buy | 09/04/18 | J | | |
| 109. - Nordson Corp Com | A | Dividend | J | T | Buy | 09/04/18 | J | | |
| 110. - Mastercard Inc Class A | A | Dividend | K | T | Buy | 10/16/18 | K | | |
| 111. - Verisign Inc | | None | J | T | Buy | 11/29/18 | J | | |
| 112. - Crown Castle Reit | B | Dividend | K | T | Buy | 10/18/18 | K | | |
| 113. - Equinix Inc | A | Dividend | | | Buy | 04/06/18 | K | | |
| 114. | A | Dividend | | | Buy (add'l) | 09/04/18 | J | | |
| 115. | A | Dividend | K | T | Buy (add'l) | 10/18/18 | J | | |
| 116. - FirstService Corp | A | Dividend | J | T | Buy | 09/04/18 | J | | |
| 117. - Goldman Sachs Active Beta Intl Eq ETF | A | Dividend | J | T | Buy | 03/12/18 | J | | |
| 118. | A | Dividend | | | Sold | 05/29/18 | J | | |
| 119. | A | Dividend | J | T | Buy | 08/09/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Boston Financial Management, Inc. Revocable Trust | | | | | | | | | See Section VIII |
| 121. Schwab Government Money Market Sweep | | None | K | T | | | | | See Section VIII |
| 122. - CVS Caremark Corp (bond) | | None | | | Matured | 12/05/18 | K | | |
| 123. - Deere & Company (bond) | B | Interest | K | T | | | | | |
| 124. - Comcast Corp | A | Dividend | | | Sold | 06/04/18 | J | | |
| 125. - Costco Whsl Corp | A | Dividend | J | T | | | | | |
| 126. - IShares TR S&P Midcap 400 | A | Dividend | | | Sold | 11/20/18 | J | B | |
| 127. - IShares TR S&P Small Cap 600 | A | Dividend | | | Sold | 11/20/18 | J | B | |
| 128. - United Health Group Inc | A | Dividend | J | T | Sold (part) | 06/12/18 | J | D | |
| 129. - Amazon Com Inc | | None | K | T | | | | | |
| 130. - Nike Inc CL B | A | Dividend | J | T | | | | | |
| 131. - Diago Plc ADR | A | Dividend | J | T | Sold (part) | 11/20/18 | J | C | |
| 132. - McCormick & Co Inc | A | Dividend | | | Sold | 02/09/18 | J | C | |
| 133. - Chevron Corp | A | Dividend | J | T | Sold (part) | 12/11/18 | J | A | |
| 134. - JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 135. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 136. - 3M Co | A | Dividend | | | Sold | 10/15/18 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137.  - Apple Computer Inc | A | Dividend | J | T | | | | | |
| 138.  - Automatic Data Processing | A | Dividend | J | T | | | | | |
| 139.  - Microsoft Corp | A | Dividend | J | T | | | | | |
| 140.  - Air Prods & Chems | A | Dividend | J | T | | | | | |
| 141.  - Praxair Inc | A | Dividend | | | Sold | 06/11/18 | K | C | |
| 142.  - RPM International Inc Com | A | Dividend | | | Sold | 08/03/18 | J | C | |
| 143.  - Avalonbay Cmntys Inc | A | Dividend | | | Sold | 01/08/18 | J | B | |
| 144.  - Copart Inc. | | Dividend | K | T | Sold (part) | 06/11/18 | J | C | |
| 145. | | None | K | T | Sold (part) | 06/12/18 | J | C | |
| 146.  - Norwood, MA - GO (Bond) | | None | | | Matured | 07/15/18 | K | | |
| 147.  - Shrewsbury, MA - GO (Bond) | A | Interest | K | T | | | | | |
| 148.  - Moodys Corp | A | Dividend | J | T | | | | | |
| 149.  - Waters Corporation | | None | J | T | | | | | |
| 150.  - Alphabet Inc-CL C | | None | K | T | | | | | |
| 151.  - Carter Inc Com | A | Dividend | | | Sold (part) | 11/29/18 | J | | |
| 152. | | | | | Sold | 12/24/18 | J | | |
| 153.  - CME Group Inc | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. - Mastercard Inc - Class A | A | Dividend | K | T | | | | | |
| 155. - Sun Life Finl Inc | A | Dividend | | | Sold | 05/31/18 | J | A | |
| 156. - Masschusetts St GO Ref (Bond) | B | Interest | K | T | | | | | |
| 157. - Nantucket, MA GO (Bond) | A | Interest | K | T | | | | | |
| 158. -Mastercard Inc. (Bond) | A | Interest | K | T | | | | | |
| 159. - Ingredion Inc. | A | Dividend | | | Sold | 07/25/18 | J | | |
| 160. - First Republic Bank/San Fran | A | Dividend | J | T | Sold<br>(part) | 11/29/18 | J | | |
| 161. - FNF Group | A | Dividend | | | Sold | 12/14/18 | J | | |
| 162. - Gilead Sciences | A | Dividend | J | T | | | | | |
| 163. - KAR Auction Svcs Inc Com | A | Dividend | J | T | | | | | |
| 164. - Republic Services Inc. | A | Dividend | J | T | | | | | |
| 165. - Watsco Inc. | A | Dividend | J | T | | | | | |
| 166. | | | | | Buy<br>(add'l) | 11/13/18 | J | | |
| 167. - Qualcomm Inc | A | Dividend | J | T | | | | | |
| 168. - Novozymes A/S ADR | A | Dividend | | | Sold | 11/20/18 | J | A | |
| 169. - Massachusetts ST -GO REF (Bond) | A | Interest | K | T | Buy | 08/31/18 | K | | |
| 170. - Masschusetts ST WTR Pollutn A Rev Ref (Bond) | B | Interest | K | T | Buy | 10/23/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code I (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. - Aramark Com | A | Dividend | J | T | Buy | 12/10/18 | J | | |
| 172. - Cogent Communications | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 173. - Constellation Software Inc Com | A | Dividend | J | T | Buy | 05/31/18 | J | | |
| 174. - Equinix Inc | A | Dividend | J | T | Buy | 04/06/18 | J | | |
| 175. - Heico Corp New CL A | A | Dividend | J | T | Buy | 12/19/18 | J | | |
| 176. - Scotts Miracle Gro Class A | A | Dividend | J | T | Buy | 08/03/18 | J | | |
| 177. - Sherwin Williams Co | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 178. - Verisign Inc. | | None | J | T | Buy | 11/29/18 | J | | |
| 179. - Walgreen Boot Alliance | A | Dividend | | | Buy | 01/26/18 | J | | |
| 180. | | | | | Sold | 11/13/18 | J | A | |
| 181. Boston Financial Management Inc Revocable Trust | | | | | | | | | See Section VIII |
| 182. Schwab Government Money Market Sweep | | None | K | T | | | | | See Section VIII |
| 183. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 184. - Costco Wholesale Corp | A | Dividend | J | T | | | | | |
| 185. - Amazon.com Inc. | | None | K | T | | | | | |
| 186. - Automatic Data Processing Inc | A | Dividend | J | T | | | | | |
| 187. - Automatic Data Processing Inc. (Bond) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Apple Inc | A | Dividend | J | T | | | | | |
| 189. - American Tower Corp | A | Dividend | J | T | | | | | |
| 190. - Diageo PLC ADR | A | Dividend | J | T | | | | | |
| 191. - Comcast Corp | A | Dividend | | | Sold | 03/01/18 | J | B | |
| 192. - McCormick & Co Inc | A | Dividend | | | Sold | 02/09/18 | J | B | |
| 193. - Praxair Inc | A | Dividend | | | Sold | 10/31/18 | J | B | |
| 194. - Nike Inc - B | A | Dividend | J | T | | | | | |
| 195. - United Health Group Inc | A | Dividend | J | T | | | | | |
| 196. - Microsoft Corp | A | Dividend | J | T | | | | | |
| 197. - 3M Co | A | Dividend | | | Sold | 10/15/18 | J | C | |
| 198. - Chevron Corp | A | Dividend | J | T | | | | | |
| 199. - JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 200. - Novo-Nordisk AS ADR-B | A | Dividend | J | T | | | | | |
| 201. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 202. - Air Prods & Chems Inc. | A | Dividend | J | T | | | | | |
| 203. - RPM International Inc Com | A | Dividend | | | Sold | 08/03/18 | J | B | |
| 204. - IShares TR S&P Midcap 400 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. - IShares TR S&P Small Cap 600 | A | Dividend | J | T | | | | | |
| 206. - Copart Inc | | None | J | T | | | | | |
| 207. - Jack Henry & Associates Inc | A | Dividend | J | T | | | | | |
| 208. - Apple Inc SR GLBL NT (Bond) | A | Interest | K | T | | | | | |
| 209. - US Treasury Note (Bond) | | None | | | Matured | 03/15/18 | K | | |
| 210. - Amgen, Inc. (Bond) | A | Interest | K | T | | | | | |
| 211. - Moodys Corp | A | Dividend | J | T | | | | | |
| 212. - Watsco Inc | A | Dividend | J | T | Buy (add'l) | 11/13/18 | J | | |
| 213. - Qualcomm Inc | A | Dividend | J | T | | | | | |
| 214. - Carter Inc Com | A | Dividend | | | Sold | 12/24/18 | J | | |
| 215. - CME Group Inc | A | Dividend | J | T | | | | | |
| 216. - Illinois Tool Works Inc. (Bond) | A | Interest | K | T | | | | | |
| 217. - Mastercard Inc. (Bond) | A | Interest | J | T | | | | | |
| 218. - Ingredion Inc. | | Dividend | | | Sold | 07/25/18 | J | | |
| 219. - First Republic Bank/San Fran | A | Dividend | J | T | | | | | |
| 220. - FNF Group | A | Dividend | | | Sold | 12/14/18 | J | | |
| 221. - Gilead Sciences | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. - KAR Auction Svcs Inc Com | A | Dividend | J | T | | | | | |
| 223. - Aramark Com | A | Dividend | J | T | Buy | 12/10/18 | J | | |
| 224. - Constellation Software Inc Com | A | Dividend | J | T | Buy | 05/29/18 | J | | |
| 225. - Danone Sponsored ADR | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 226. - Equinix Inc | A | Dividend | J | T | Buy | 04/06/18 | J | | |
| 227. - Goldman Sachs Active Beta Intl EQ ETF | | Dividend | | | Buy | 03/16/18 | J | | |
| 228. | | | | | Sold | 05/29/18 | J | | |
| 229. - GTT Communications Inc. | | None | J | T | Buy | 03/01/18 | J | | |
| 230. - Heico Corp New CL A | A | Dividend | J | T | Buy | 12/19/18 | J | | |
| 231. - Lennox Intl Inc Com | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 232. - Luxottica Grp S P A ADR | | Dividend | | | Buy | 03/16/18 | J | | |
| 233. | | | | | Sold | 11/19/18 | J | | |
| 234. - Mastercard Inc - Class A | A | Dividend | J | | Buy | 03/01/18 | J | | |
| 235. - Matthews Pacific Tiger - Inst | | Dividend | J | T | Buy | 03/16/18 | J | | |
| 236. - | | | | | Sold | 11/16/18 | J | | |
| 237. - Novozymes A/S ADR | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 238. | | | | | Buy (add'l) | 11/16/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 239.  - Scotts Miracle Gro Class A | A | Dividend | J | T | Buy | 08/03/18 | J | | |
| 240.  - Sherwin Williams Co | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 241. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 242.  - Verisign Inc | A | Dividend | K | T | Buy | 11/29/18 | J | | |
| 243.  - Walgreens Boots Alliance | A | Dividend | | | Buy | 01/26/18 | J | | |
| 244. | | | | | Sold | 11/13/18 | J | A | |
| 245.  - Wasatch Emerging Mkt Small Cap Instl | | Dividend | | | Buy | 03/16/18 | J | | |
| 246. | | | | | Sold | 12/16/18 | J | | |
| 247.  - Bank of America | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Lines 2 - 4 NOTE: None of the beneficiaries of the trusts and accounts listed in Part I of which the reporting party is a trustee is a dependent of the reporting party and neither the reporting party nor his spouse has any beneficial interest in or control over the disposition of assets of such trusts and accounts.

Part VII, Line 1 - Income of the reporting party reported in Section VII is attributable to his pro rata share of the income of Slade Gorton Seafood Holdings, Inc. which is taxed as an S corporation whereby all corporate income is deemed passed through and taxable to the individual stockholders whether or not such income is, in fact, distributed. The value of the stock holdings is appraised from time to time by a certified financial planner, last done in 2012.

Part VII, Line 3 - In 1997 the reporting party and spouse funded a chartible remainder trust of which they are the income beneficiaries for life but in which they retain no right to principal.

Part VII, Lines 3, 41, 118 and 178 - The assets listed on the dashed ("-") lines that follow these lines are managed by Boston Financial Management, Inc., Boston MA and consist of stocks and bonds in publicly held companies and equity holdings based on certain indicies. In each of the accounts so managed, the financial advisor maintains a cash balance in the amounts shown in the following lines 4, 43, 121 and 182 for liquidity.

Part VII, Line 41 - The reporting party is now required to withdraw a certain minimum amount from his IRA account each year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nathaniel M. Gorton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544